UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MELISSA TEMPEL,

        Plaintiff,

  v.

SCHOOL DISTRICT OF WAUKESHA,

and

JAMES SEBERT,

        Defendants.

Case No.: 2:23-CV-01169

---

### AFFIDAVIT OF JOEL S. AZIERE IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS

---

STATE OF WISCONSIN    )
                                 )SS
WAUKESHA COUNTY     )

Joel S. Aziere, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Wisconsin, and I am one of the attorneys for the Respondents, School District of Waukesha and James Sebert (hereinafter "Defendants").

2. I am making this Affidavit in support of Defendants' Brief in Support of Motion to Dismiss.

3. Attached hereto as **Exhibit A** is a true and correct copy of Dr. James Sebert's May 15, 2023 Recommendation Letter, attaching Investigation Report and Supporting Documents.

FURTHER AFFIANT SAYETH NAUGHT.

Dated at Waukesha, Wisconsin this 1st day of November, 2023.

                                                                        s/Joel S. Aziere
                                                                         Joel S. Aziere

Subscribed and sworn to before me
This 1st day of November, 2023.

s/Kathleen M Mungovan
Notary Public, State of Wisconsin
My commission expires on September 23, 2025.