

# Office of the Superintendent

**SCHOOL DISTRICT OF WAUKESHA**

Lindholm Building    222 Maple Avenue, Waukesha, WI 53186    ☎ 262-970-1012
Fax: 262-970-1021

May 15, 2023

Ms. Melissa Tempel
2638 N. Fratney Street
Milwaukee, WI 53212

Dear Ms. Tempel,

The School District of Waukesha has completed its investigation into your conduct in response to the the District's decision not to include "Rainbowland" among the songs to be performed at a Heyer Elementary School concert earlier this spring. I find that the investigation process was fair and thorough, involving interviews with relevant District staff, as well as review of multiple social media postings, transcribed voicemails, email verbiage, interviews you conducted with local and national media, as well as applicable District policies.

After careful consideration of the evidence, I have adopted the findings and conclusions of the investigation report, which is attached for your reference. As stated in the report, you were entitled to disagree with the decision of the District related to the use of the song "Rainbowland" at the Heyer concert. However, the manner in which you chose to express your disagreement with the District's decision was inappropriate, disruptive, and in violation of various District policies. You failed to raise your concerns through the appropriate channels and instead took your concerns public in a manner intended to bring as much attention to the District's decision as possible, which resulted in substantial disruption to the school environment. Specifically, your actions violated the following District policies:

- Page 7 of the Employee Handbook for Professional Staff Members
- Board Policy 3179: Employee Concerns
- Board Policy 3213: Student Supervision and Welfare
- Board Policy 3310: Employee Expressions in Non-Instructional Settings

In addition to being in violation of the above, you have significantly undermined the interests of your employer, the School District of Waukesha. You did so deliberately and repeatedly in this instance beginning on March 21, 2023. Such intentional misconduct, and the impact it had on the District, cannot be tolerated.

Accordingly, I will be recommending to the Board of Education that your employment with the School District of Waukesha be terminated. You are afforded the opportunity to a hearing before the Board concerning my recommendation. At the hearing, you will have the right to legal representation at your expense, as well as the right to call witnesses, present evidence and/or testimony on your own behalf, and to cross-examine District witnesses. At your request, the hearing may be held in open session. Please let me know by Friday, May 26, 2023 if you would like such a hearing before the Board. Otherwise, the Board will consider and vote on the recommendation for termination based on the evidence presented by the Administration.

Please contact me if you have any questions regarding the information provided above.

Sincerely,

Dr. James R. Sebert
Superintendent of Schools

*Serving the cities of Waukesha and Brookfield*
*and the towns of Waukesha, Brookfield, Delafield, Genesee and Pewaukee*
Case 2:23-cv-01169-NJ   Filed 11/01/23   Page 1 of 71   Document 8-1   EXHIBIT A

To:       Dr. Jim Sebert, Superintendent
From:    Sharon Thiede, Assistant Superintendent of Human Resources
Date:     May 10, 2023
Re:       Social Media Posting Complaint

## Background

While brainstorming songs for an upcoming student concert at Heyer Elementary School, Jared Zigler, Heyer music teacher, suggested via email to Melissa Tempel and Angie Aranda, first grade teachers at Heyer Elementary School, that first grade students sing the song "Rainbowland" by Dolly Parton and Miley Cyrus, among other songs. After emailing the song line up for the concert (including Rainbowland) to Melissa Tempel and Angie Aranda on the morning of March 20, 2023, Mr. Zigler decided to check with Mark Schneider, Heyer principal, regarding the appropriateness of singing the song, "Rainbowland," given Mr. Zigler's opinion that rainbows have been politicized in the District based on their symbolism, and the song may be considered controversial under the District's policies. Mr. Schneider consulted with Melissa Yow, Director of Elementary Teaching and Learning, and they concluded that, based on the District's policy on controversial issues, Mr. Zigler should select another song to be sung at the concert in place of "Rainbowland." On March 21, 2023, at 5:21 PM, Mr. Zigler emailed the first grade teaching staff at Heyer, stating "Rainbowland is out, Rainbow Connection is in." On March 21, 2023, Melissa Tempel, posted the following on her Twitter account: "My first graders were so excited to sing Rainbowland for our spring concert but it has been vetoed by our administration. When will it end? @waukeshaschools @DollyParton @MileyCyrus @mileyworld @gsafewi @CivilRights #publicschools." The post (attached) also has an image of the lyrics of the song. The post, and subsequent posts by Ms. Tempel (attached), gained national attention, causing angry phone calls and emails to the District and Heyer. Ms. Tempel also spoke with several media outlets regarding this topic (attached).

The District initiated an investigation into allegations that Ms. Tempel's online activity and interviews with media outlets violated District policies. Assistant Superintendent of Human Resources, Sharon Thiede, conducted the investigation.

## Investigatory Process

The District was on spring break March 27-31, 2023. Between April 3-18, 2023, the following interviews were conducted:

- Mark Schneider
- Jared Zindler
- Angie Aranda
- Katie Dellar
- Melissa Tempel

Twitter social media posts were also reviewed, as were numerous live interviews and news articles. Emails and voice messages on the topic were collected and reviewed as well. Melissa Tempel's personnel file was also reviewed.

1

**Relevant Policies**

When interviewed on April 18, 2023, Ms. Tempel agreed that she is subject to all policies and the District's employee handbook.

District policies and handbook provisions were reviewed as part of this investigation, including the following:

3179: Employee Concerns
3213: Student Supervision and Welfare
3310: Employee Expression in Non-Instructional Settings
Page 7 of the Employee Handbook for Professional Staff Members, stating "Employees should follow the chain-of-command when offering a suggestion or comment."

**Summary of Findings**

Ms. Tempel confirmed that on March 21, 2023, she authored and posted the following on Twitter: "My first graders were so excited to sing Rainbowland for our spring concert but it has been vetoed by our administration. When will it end? @waukeshaschools @DollyParton @MileyCyrus @mileyworld @gsafewi @CivilRights #publicschools." She also acknowledged that all of the other posts on her Twitter account attached to this report are posts she authored and posted, and that she gave several interviews to various media outlets regarding the District's position on use of the song, "Rainbowland," but does not recall how many.

Ms. Tempel admitted to never talking with Mr. Schneider or any other administrator or District official about the song, "Rainbowland," including her concerns that the song would not be included in the school concert. She stated she did not see the point in asking him. She stated that to her knowledge Mr. Schneider did not use the word "banned" when referring to songs that would or would not be included in the school concert, and does not know if he used the word "vetoed." She also did not know the reason for "Rainbowland" not being included in the concert. Nevertheless Ms. Tempel tweeted the following on March 22, 2023: "So it seems the reason is rainbows." She also tweeted the following on March 23, 2023: "Rainbow Connection was unbanned today after parents sent emails to admin. Alliance for Education in Waukesha knows how to ally. I don't know where I'd be without them."

A media outlet to which Ms. Tempel gave an interview stated the following, which included a quote from Ms. Tempel: "It wasn't until parents 'put pressure on the principal and the superintendent,' Temple says, that the administration reversed their decision and students were able to perform 'Rainbow Connection.'" Ms. Tempel made these representations to media outlets without fact checking to see if the statements were true, which they were not.

Ms. Tempel identified herself as a teacher in the District in multiple interviews. She was not only critical of the District in these interviews, but she also revealed information to the media concerning the students in her class and their opinions and reactions related to "Rainbowland."

2

In multiple interviews with the media, Ms. Tempel questioned if she would "lose her job" and stated "I definitely don't want to be fired. I want to leave on my own accord." She also posted on social media, and later deleted, "I'm ok, I have a lawyer but I may need a job."

Ms. Tempel also posted the following on social media: "If I don't tweet for more than 5 days before June 9th I've been threatened with disciplinary action." However, she later deleted this post as well based on advice from her attorney at the time.

Ms. Tempel demonstrated her awareness that her social media posts were causing a potential safety concern to Heyer Elementary School when someone posted the school name and phone number on social media, and she told that person to take the information down, which they did. Ms. Tempel posted, "we are trying to get this ban removed and my school is not the appropriate target. Also doxxing is not cool."

**Conclusion**
The District encourages staff to raise questions and concerns they may have related to District policies and the implementation of those policies. In this case, Ms. Tempel was entitled to disagree with the decision of the District related to the use of the song "Rainbowland" at the Heyer concert. However, the manner in which Ms. Tempel chose to express her disagreement with the District's decision was inappropriate, disruptive, and in violation of various District policies. Such intentional misconduct, and the impact it had on the District, cannot be tolerated from a District employee.

Ms. Tempel claimed that she posted on social media and gave interviews to media outlets regarding the District's decision concerning "Rainbowland" because she thought it would be something the public would be interested in and she wanted to engage them in dialog. However, this was not a case of Ms. Tempel speaking on a matter of public concern as a private citizen. Instead, Ms. Tempel's criticism of the District on social media and in statements to media outlets, in which she repeatedly referenced her role as a District teacher and her first grade students, was related to circumstances in which Ms. Tempel was directly involved in the course of her employment. Furthermore, many of Ms. Tempel's public statements were made without proper fact checking, leading to misinformation being represented as fact.

Rather than raise her concerns over the District's "Rainbowland" decision with her supervisors, as required by District policy, Ms. Tempel chose to take to social media to criticize a decision of her employer in a manner that was intended to bring as much attention to the District's decision as possible. Ms. Tempel's intent in this regard was evidenced by her tagging celebrities and media in her social media posts, as well as granting interviews with various local and national media outlets.

Not only did Ms. Tempel's actions intentionally undermine her employer, but her behavior also caused substantial disruption to the District. The nationwide attention the District received required the District to divert significant time and resources toward managing and responding to the circumstances Ms. Tempel created.

3

Ms. Tempel's actions were also disruptive to the school environment in that they caused significant safety concerns. Specifically, as a result of Ms. Tempel's actions, the District received at least 85 voice messages and numerous emails expressing concern and anger, some of which were vulgar and threatening in nature. For example, "Hey, I heard your school district doesn't like gay people. Fuck you, you fucking retards! Kill yourselves!" and "religious based cultural ignorance-how stupid this is. You are small mindless assholes. Consider changing this or face the consequences," and "you are a fucking cunt. You are a dumb fucking cunt for working for that pig. Rot in hell!" Additionally, staff and families emailed the school and district stating they were nervous to return to Heyer following spring break, and at least one parent called the police to express her concern. In turn, the District was required to increase security at Heyer and the District offices.

In addition to undermining the district's interest and demonstrating a general lack of professionalism, Ms. Tempel's actions are violations of the following handbook provisions and policies:

Page 7 of the Employee Handbook for Professional Staff Members, stating *Employees should follow the chain-of-command when offering a suggestion or comment.*

Ms. Tempel did not follow the chain-of-command to express her concerns over the District's decision to not include "Rainbowland" in the 1st grade concert. Instead, she repeatedly posted her opinion on the matter to Twitter and granted interviews with various media outlets. The evidence demonstrates that it was her intended goal to bring as much negative public attention to the District's decision as possible.

3179: Employee Concerns, specifically *Employees should first discuss the concern with his/her immediate supervisor. If the issue is not settled, the employee should attempt to discuss the issue with the building administrator. If a satisfactory settlement is not reached, the employee concern may be submitted in writing to the Assistant Superintendent for Human Resources within ten (10) business days. A meeting may be held within a mutually agreed time frame after receipt of the notice. The Assistant Superintendent for Human Resources will respond in writing within five (5) business days after the meeting or by mutual agreement...*

Ms. Tempel did not follow the chain-of-command to express her concerns over the District's decision to not include "Rainbowland" in the 1st grade concert. Instead, she repeatedly posted her opinion on the matter to Twitter and granted interviews with various media outlets. The evidence demonstrates that it was her intended goal to bring as much negative public attention to the District's decision as possible.

3213: Student Supervision and Welfare, specifically,*Staff members shall not engage students in social media and online networking media (see also Policy 7544), except for Board-approved academic and co-curricular programs...Staff members are expressly prohibited from posting any...comment pertaining to any student on personal or*

4

*unauthorized social networking media or similar forums, except for Board-approved academic and co-curricular programs.*

Ms. Tempel referred to her students when posting "my students were so excited" on her personal Twitter account. She also referred to her students in an interview with Today, which reads, in part, "'When I told them, they were just so sad," she says. 'They kept asking: 'Why? Why?' It was really hard-I had to say I didn't know.'" She is quoted in an npr article saying "'My students were just devastated. They really liked this song and we had already begun singing it,' Tempel said Monday." One of her Twitter posts engages her students, stating "'If my students see this, I really hope that they see that even if you're just a teacher, you can speak out and your voice can be heard.' @ellienw_news @waukeshaschools @MileyCyrus @DollyParton @OrenYoel."

3310: Employee Expression in Non-Instructional Settings, *specifically The Board of Education acknowledges the right of its professional staff members, as citizens in a democratic society, to speak out on issues of public concern. When those issues are related to the District, however, including matters related to the performance of their job duties or responsibilities, the professional staff member's expression must be balanced against the interests of this District. The following guidelines are adopted by the Board to help clarify and, therefore, avoid situations in which the professional staff member's expression could conflict with the District's interests. In such situations, s/he should: A. state clearly that his/her expression represents personal views and not necessarily those of the School District; B. refrain from expressions that would disrupt harmony among co-workers or interfere with the maintenance of discipline by school officials;...D. refrain from making public expressions which s/he knows to be false or are made without regard for truth or accuracy;*

In her social media posts and public interviews, Ms. Tempel represented herself as an educator in the School District of Waukesha, she did not state that her expressions represent her personal views, and her statements disrupted harmony of the school and District environment. Additionally, her comments about "Rainbow Connection" being reinstated because parents complained are false.

Attached are articles, social media posts, and sections of interviews that provide more examples of the above policy violations.

As a result of the investigation, it is determined that the evidence substantiates significant misconduct and violation of district policies and handbook provisions by Ms. Tempel.

5

📌 Pinned Tweet



**Maestra Melissa** @melissatempel · Mar 21 ···

My first graders were so excited to sing Rainbowland for our spring concert but it has been vetoed by our administration. When will it end? @waukeshaschools @DollyParton @MileyCyrus @mileyworld @gsafewi @CivilRights #publicschools

Where everything goes as planned
And I smile
'Cause I know if we try, we could really make a difference in this world
I won't give up, I'll sleep a wink
It's the only thought I think, you know where I stand
I believe we can start living in a Rainbowland

Living in a Rainbowland
Where you and I go hand in hand
Oh, I'd be lying if I said this was fine
All the hurt and the hate going on here
We are rainbows, me and you
Every color, every hue
Let's shine on through
Together, we can start living in a Rainbowland

Living in a Rainbowland
The skies are blue and things are grand
Wouldn't it be nice to live in paradise
Where we're free to be exactly who we are
Let's all dig down deep inside



**Maestra Melissa** @melissatempel · Mar 22

The song Rainbow Connection from the Muppet Movie has also been taken off our spring concert list now. #muppets #jimhenson #publicschools @DollyParton @MileyCyrus @billyraycyrus @waukeshaschools @ACLULGBT

···

**Maestra Melissa** @melissatempel · Mar 21

My first graders were so excited to sing Rainbowland for our spring concert but it has been vetoed by our administration. When will it end? @waukeshaschools @DollyParton @MileyCyrus @mileyworld @gsafewi @CivilRights #publicschools

Where everything goes as planned
And I smile
'Cause I know if we try, we could really make a difference in this world
I won't give up, I'll sleep a wink
It's the only thought I think, you know where I stand
I believe we can start living in a Rainbowland



444    1,007    1,903    221.1K

**Jim** @jfroh · Mar 22                                        ...
WTF? Seems like a beautiful, loving song to me.  What was the reason for
denial?  The rainbow represents LBGTQ+?

11    6    102    7,345

**Maestra Melissa**                                           ...
@melissatempel

Today they banned Rainbow Connection, so it seems the reason is
rainbows.

7:17 PM · Mar 22, 2023 · **10.1K** Views



💬 444    🔁 1,007    ♡ 1,902    ılıl 221.1K    ⬆️

**Karen Pilarski** @KarenPilarski · Mar 22    •••
Are you a teacher in Waukesha? What school was supposed to sing it and what was the reason given?

💬 9    🔁 5    ♡ 42    ılıl 10K    ⬆️

**Maestra Melissa**    •••
@melissatempel

Heyer Elementary. No reason given.

7:13 PM · Mar 22, 2023 · **9,108** Views

**12** Retweets    **113** Likes

○ 30   ⟲ 47   ♡ 100   ▂▂ 6,673   ⬆

**Maestra Melissa** @melissatempel · Mar 23   ···

Rainbow Connection was unbanned today after parents sent emails to admin. Alliance for Education in Waukesha knows how to ally. I don't know where I'd be without them.

○ 9   ⟲ 21   ♡ 133   ▂▂ 2,609   ⬆



♡ 444    🔁 1,007    ♡ 1,903    ılıl 221.1K    ↑

**Melissa D** @MelissaMBrewers · Mar 23
How many students are in your class?

♡ 1    🔁 1    ♡ 6    ılıl 5,579    ↑

**Maestra Melissa**
@melissatempel

24 but there are about 65 first graders in total.

9:15 PM · Mar 23, 2023 · **5,382** Views

**1 Retweet**    **24 Likes**

💬    🔁    ♡    🔖    ↑

Tweet your reply                                    **Repl**

**Melissa D** @MelissaMBrewers · Mar 23
Keep an eye on your mail 🌈
My class sang Yellow Submarine when we were 10 years old

♡    🔁 1    ♡ 16    ılı 947    ↑

 Kentucky State Rep. Pamela Stevenson had some choice words for republicans who are using religion as an excuse to hide their hate.



| | | | | |
|---|---|---|---|---|
| 💬 531 | 🔁 6,804 | ♡ 18.8K | ᵢₗᵢ 1.2M | ⬆ |

 **Maestra Melissa** @melissatempel · Mar 24                              ...
Replying to @Imposter_Edits

I believe the very fine people from that other side who enjoy my tweets will like this one.

 BREAKING: A Waukesha, Wisconsin school just banned students from singing the song "Rainbowland" by @MileyCyrus and @DollyParton because they believe kids are too immature to hear this song that they claim focuses on "controversial issues". The lyrics in question are as follows:... Show more



0:14    1.6M views

💬 2,685        ⟲ 7,246        ♡ 24.8K        ▫️ 4.8M        ⬆️

 **Maestra Melissa** @melissatempel · Mar 24                    ··

Replying to @EdKrassen @MileyCyrus and @DollyParton

The latest I heard is that the song was banned bc @MileyCyrus is controversial. D'oh, I thought for sure it was @DollyParton and her beautiful drag queen followers! Oh well, I can't stop my students if they still sing Rainbowland. It's a fun, catchy song!

 **Waukesha Freeman** @WaukeshaFreeman · Mar 24 ···

A song about positivity in turbulent times has been labeled as controversial. "Rainbowland" by Dolly Parton and Miley Cyrus was on the list of songs for first-graders at Heyer Elementary School to sing during a spring concert.



gmtoday.com
Heyer Elementary removes 'Rainbowland' from c…
WAUKESHA — A song about positivity in turbulent times has been labeled as controversial. …

💬 7    ↻ 4    ♡ 3    �",| 4,187    ⬆

 **Waukesha Freeman** @WaukeshaFreeman · Mar 24 ···

@melissatempel

💬 1    ↻    ♡ 1    ",| 904    ⬆

 **Maestra Melissa** @melissatempel · Mar 24 ···

Replying to @WaukeshaFreeman

@KarenPilarski Thank you for bringing attention to this. I have one correction, our awesome music teacher gets credit for finding Rainbowland.

**Maestra Melissa** @melissatempel · Mar 25

Replying to @rustedrosepetal

We are trying to get this ban removed and my school is not the appropriate target. Also, doxxing is not cool.

122



**Maestra Melissa** @melissatempel · Mar 26   · · ·

Why Rainbowland? My guess:
The beautiful LYRICS. Because saying an ARTIST is controversial would be a very slippery slope and they wouldn't want to go there. Amirite?
@MileyCyrus @DollyParton @waukeshaschools #rainbowland

Living in a rainbowl...

Where skies are blue and

things are grand

Wouldn't it be nice to live in

paradise?

Where we're free to be

exactly who we are

Let's all dig down deep inside

Brush the judgment and fear

aside

Make wrong things right (all

things right), and end the

83/photo/1

**Maestra Melissa** @melissatempel · Mar 26

Replying to @therevdrcherry @waukeshaschools and 5 others

Picture day 2021



**Dolly Parton**
@DollyParton

Follow

The Official Twitter of Dolly Parton 🦋 Pre-order my new album 'Rockstar' now 🍎

**Miley Cyrus** ✓
@MileyCyrus

Follow

ENDLESS SUMMER VACATION OUT NOW.

**mileyworld**
@mileyworld

Follow

The official @MileyCyrus fan club.

**GSAFE**
@gsafewi

Follow

GSAFE envisions school communities where all LGBTQ youth thrive.

**DOJ Civil Rights**
@CivilRights

Follow

Official Twitter account for Civil Rights Division at @TheJusticeDept. Privacy policy: justice.gov/doj/privacy-po…





**Proud Dad Of 4** @djaccity · Mar 26                                    ···

Replying to @melissatempel @DollyParton and 4 others

For a teacher who is ok with
Abuse of power.
Are ok with kids being destroyed bye trans .
You are ok with the current president lying non stop.
But man you ban a song and the world has ended.
Maybe you should step down as a teacher do them kids can have a
chance for a education

   💬 4        🔁        ♡ 1        📊 165        ⬆️



**Maestra Melissa** @melissatempel · Mar 26                                    ···

Replying to @djaccity @DollyParton and 4 others

I hope one day your 4 kids are my students so I can show them what it
feels when they feel safe and supported. I teach all children to be kind,
even yours.



**Sarah Good** @catpurrsarenice · Mar 23                    ...

So how much hate exactly is going on in your classroom with those little kids? And don't gaslight parents. I bet if they check your emails you've been texting saying how you intend to subtly indoctrinate the children in your class. Other's kids not yours. They are not YOUR kids.

💬 84          🔁 3          ♡ 77          ᴵⁱˡ 4,589          ⬆



**Maestra Melissa**                                          ...
@melissatempel

😂 ya got me!

11:40 PM · Mar 26, 2023 · **2,645** Views







905    ⇅ 4,506    12.7K    ᵢₗᵢ 1.3M    ⬆

**Sally Turner** @SallyfromDE · Mar 26    ...
Replying to @larryhuynh and @joncoopertweets
Wait until they get to Kermit the Frog singing Rainbow Connection.

○ 2    ⇅ 1    ♡ 30    ᵢₗᵢ 6,257    ⬆

**Maestra Melissa** @melissatempel · Mar 26    ...
Replying to @SallyfromDE @larryhuynh and @joncoopertweets
Too late.

○    ⇅    ♡    ᵢₗᵢ 95    ⬆



**It's just me** @itsjustme_8731 · Mar 26 ···

Replying to @larryhuynh

So what's next? Ban Somewhere Over the Rainbow? Maybe Kermit's Rainbow Connection?



II GIF ALT VAIT...WHAAAAAT?!?

○ 11      �moved 25      ♡ 216      ⍭⃓ 17.6K      ⬆



**Maestra Melissa** @melissatempel · Mar 26 ···

Replying to @itsjustme_8731 and @larryhuynh

They did ban Rainbow Connection, but then they unbanned it.





**Maestra Melissa** @melissatempel · Mar 26    ···

@positivelyandyh Thank you for writing such a beautiful blog about
Rainbowland! You're a gem!

> 🖼️ **Positively Andy** @positivelyandyh · Mar 26
>
> 4/4 Let's celebrate the message of "Rainbowland" & encourage us all
> to live in a world where diversity is celebrated and embraced.
> Inclusion is key to a brighter future for all. What are your thoughts on
> this issue? buff.ly/3M1ock2
>
> #Rainbowland @DollyParton @MileyCyrus
>
> Show this thread

 34 23 134 5,103

This Tweet was deleted by the Tweet author. Learn more

**Maestra Melissa** @melissatempel · Mar 26

What about reading, writing, and math? We need all those to write the agenda.

2 8 381

This Tweet was deleted by the Tweet author. Learn more

**Maestra Melissa**
@melissatempel

I taught in Milwaukee for almost 20 years. Their nondiscrimination policy includes sexuality, gender expression, and gender identity. We had a great Sex Ed curriculum and celebrated BLM Week at school. I miss it!

9:37 PM · Mar 26, 2023 · **236** Views

David Andersen ✔ @djdavidandersen · Mar 26

Well obviously this is grooming at its peak! How dare a song talk about people being who they are. It could only be the left that would promote such horrible morals! The horror of it all!.. Sad. just sad 😢

💬 13          �)↑ 🕛          ♡ 65          �𝍄 3,147          ⬆

 **Maestra Melissa**
@melissatempel

···





○ 444    ⟲ 1,007    ♡ 1,903    ᵢₗᵢ 221.1K    ⬆

**JE** @jellefsen1 · Mar 22    ···
It is Waukesha

○ 1    ⟲ 1    ♡ 23    ᵢₗᵢ 7,175    ⬆

**Maestra Melissa** @melissatempel · Mar 22    ···
4 years ago we had an active diversity team and had @sharroky as our
district equity consultant. Now we are Florida.

○ 16    ⟲ 17    ♡ 177    ᵢₗᵢ 8,860    ⬆

**nancy hammond** @nancyha44942969 · Mar 27    ···
You seriously have some problems

○ 1    ⟲    ♡ 2    ᵢₗᵢ 127    ⬆

**Maestra Melissa**    ···
@melissatempel

So true!!!! Thank you for your support.

12:07 PM · Mar 27, 2023 · **135** Views

**kristin** @kristin73785731 · Mar 26    ···
I live in Florida. It's horrible what's going on here. I'm a 71 yr  old lady, and I
just can't believe the crap that's going on. It's like take 3 steps forward
and go back 15.

○ 4    ⟲ 2    ♡ 29    ᵢₗᵢ 780    ⬆

**Maestra Melissa**    ···
@melissatempel

I'm so sorry, Kristin. You're not alone.

**Maestra Melissa** @melissatempel · Mar 27 ⋯

"'Cause I know if we try, we could really make a difference in this world."
Thanks to everyone for your kind words, and SO to my new follower,
@BarackObama 😍🌈
Rainbowland is Number 85! I told you it was a catchy song.
#Rainbowland @MileyCyrus @DollyParton @waukeshaschools



| 85 | **Rainbowland (feat. Dolly Parton)** |
| | *Miley Cyrus* |
| | **Genre**: Pop |
| | **Release Date**: September 29, 2017 |

**Apple Music / iTunes**    **Buy on Amazon**

0:00 / 0:00    🔊    ⋮      📘 Share   📌 Pin it   🐦 Tweet

💬 4    🔁 9    ♡ 48    ᎥᎥᎥ 2,109    ⬆



**Maestra Melissa** @melissatempel · Mar 27
@HarmVenhuizen, thank you for your coverage!

> 🖼️ **Harm Venhuizen** @HarmVenhuizen · Mar 27
>
> Waukesha School District, which bans rainbows and pride flags in classrooms, is prohibiting a 1st-grade class from singing Dolly Parton and Miley Cyrus' "Rainbowland."
>
> A similar ban on "The Rainbow Connection" by The Muppets was quickly reversed.
>
> apnews.com/article/dolly-...

💬          ⟲          ♡          📊 78          ⬆

 **Maestra Melissa** @melissatempel · Mar 27 ···

@GabyVinick really captured our emotions in her article about Rainbowland and what's going on in my district and part of my interview will be on NPR tomorrow! @NPR @WPR @waukeshaschools

> 🐦 **Gaby Vinick** @GabyVinick · Mar 27
>
> "All of the same things that are happening in Florida are happening in Waukesha...it's scary because other districts look toward our district when they want to make changes..."
>
> New for @WPR
> wpr.org/waukesha-banne...



**Maestra Melissa** @melissatempel · Mar 27

This makes me so happy, keep streaming Rainbowland! @CWNewser @HarmVenhuizen @prem_thakker @xoxo_glenn @KatieBalevic @KarenPilarski @ellienw_news @HannahHopeKirby

> 🐱 **ethan** @ethanscyrus · Mar 27
> BUY RAINBOWLAND!! WE ARE AT #76 😭 😭 i'm so happy it's getting the respect it deserves now
>
> 74 — Dancin' In The Country — Tyler Hubbard — Tyler Hubbard
>
> 75 — Change the World — Eric Clapton — Phenomenon (...
>
> 76 — Rainbowland (feat. Dolly Parton) — Miley Cyrus — Younger Now

💬 2    🔁 7    ♡ 27    📊 2,551    ⬆️



**Maestra Melissa** @melissatempel · Mar 27

Replying to @ethanscyrus

YAY!!!!! This is so exciting!

28



**Maestra Melissa** @melissatempel · Mar 28

"Oh, I'd be lying if I said this was fine
All the hurt and the hate going on here"
The Rainbowland story is about much more than a banned song. The result of the political pushback on LGBTQ+ inclusivity and rights in schools is unfolding and it's tragic.

💬 3   🔁 8   ♡ 48   📊 1,339   ⬆️

Case 2:23-cv-01169-NJ   Filed 11/01/23   Page 34 of 71   Document 8-1



**Melinda Mock** @mock_melinda78 · Mar 27    •••

Replying to @melissatempel @waukeshaschools and 5 others

Do you feel as first graders the students fully understand the meaning of some the words and phrases used in the lyrics?  I could see it used in a high school concert.  One thing I know we teach our first graders is not to pout when you are told no.  Find something else to do...

  💬 7          🔁 1          ♡ 5          📊 878          ⬆️



**Maestra Melissa** @melissatempel · Mar 28    •••

Replying to @mock_melinda78 @waukeshaschools and 5 others

Yes, I do teach my students reading comprehension. This song is definitely written at the appropriate level for first graders. I also encourage them to question decisions that they don't agree with. @readingrainbow will agree, I'm sure.

  💬 2          🔁 1          ♡ 42          📊 730          ⬆️



**Maestra Melissa** @melissatempel · Mar 28

We are rainbows, me and you
Every color, every hue
Let's shine on!!!!

> **Miley Cyrus Charts** @CyrusOnStats · Mar 28
> iTunes US 🇺🇸
>
> #56. Rainbowland (+9) *New Peak*
> open.spotify.com/track/6fdVBAXM…

💬 1     🔁 4     ♡ 25     📊 1,254     ↑

 Things that did _not_ kill kids today:

- a renaissance sculpture
- a film about Ruby Bridges
- drag queen story time
- the word 'tampon'
- critical race theory
- woke banks
- saying that Rosa Parks was Black
- gender-affirming care
- 'The Bluest Eye'

What did:

-an AR-f—ing-15

💬 2,239          🔁 21.8K          🤍 108.8K          📊 3.9M          ⬆️

 **Hanzo** @heyimhanzo · Mar 28                    ...
Replying to @ggreeneva
Add to the list the Rainbowland song with Dolly and Miley. That did not kill kids today, too.

💬 1          🔁          🤍 6          📊 2,167          ⬆️

 **Maestra Melissa** @melissatempel · Mar 28          ...
Replying to @heyimhanzo and @ggreeneva
Preech!



**Maestra Melissa** @melissatempel · Mar 28
Ya'll are helping me keep it light[striking water droplets].

> **MyEvilTwinSpeaks** @MyEvilTwinSpeak · Mar 27
> Replying to @therevdrcherry @alizardx and 7 others
> These people act like the rainbow God sent to Noah was 50 shades of grey.
>
> 🗨    ↻ 1    ♡ 6    ᐧᕱᐧ 950    ⬆

**Maestra Melissa** @melissatempel · Mar 27
This is the best reaction yet.

🗨 2    ↻    ♡ 6    ᐧᕱᐧ 141    ⬆

**MyEvilTwinSpeaks** @MyEvilTwinSpeak · Mar 27
Glad to be of service. My wife is a retired teacher & my step daughter a kindergarten teacher. You're a Saint for staying in teaching in the face of such ignorance. I would not be able to keep my cool

🗨 1    ↻    ♡ 5    ᐧᕱᐧ 72    ⬆

**Maestra Melissa**
@melissatempel

I did lose my cool and the good people of Twitter responded with witty humor and so much love. Thank you!

1:18 AM · Mar 29, 2023 · **76** Views



**Maestra Melissa** @melissatempel · Mar 28

Thank you, @CWNewser!

> 🧑 **Christopher Wiggins** ✓ @CWNewser · Mar 28
>
> While choosing not to criticize board members personally, teacher @melissatempel said that the right-wing takeover of the local school boards has resulted in hostile policies toward LGBTQ+ students, teachers, and their families. advocate.com/schools/miley-...
>
> Show this thread

💬　　🔁 1　　♡ 6　　📊 762　　↥



**Maestra Melissa** @melissatempel · Mar 28     •••

This morning I had an emotional interview with @scottieandrew. She did a beautiful job representing my feelings here.

> CNN ✅ @CNN · Mar 28
>
> Students were set to perform "Rainbowland," a duet by Miley Cyrus and Dolly Parton, with lyrics that advocate for inclusion. Then the Wisconsin school district asked for the song to be removed from the concert. cnn.it/3zcwX3i

💬     🔁 3     ♡ 18     ᵢₗᵢ 1,003     ⬆

March 28?  Facebook? Deleted?

 **Melissa Bollow Tempel**
6d · 🌐                                                      •••

The reporter for this article was wonderful, I cried twice while talking
to her and she did a fabulous job. Thanks to everybody who has
reached out to offer   me support. I'm ok, I have lawyer but I may
need a job. And, Rainbowland is climbing the charts  , keep
streaming!!



CNN.COM
**Wisconsin school district bans Miley Cyrus-Dolly Parton
duet with 'rainbow' in title | CNN**



**Denny Rauen**
Thanks Melissa! Sorry it landed on you but at the same time I'm proud of you for speaking up.

Like   Reply   5d

**Melissa Bollow Tempel**
**Denny Rauen** I am glad to have the opportunity to bring awareness to the stuff that is happening out there!

Like   Reply   5d



**David Jackson** @David803288441 · Mar 26          ···

Why are you trying to shove a gay agenda down the throats of elementary kids? If you tried doing that to one of my kids I'd be marching myself in front of the school board to get you fired. Good in the school board there in Wisconsin.

⟲ 34          ⇄ 2          ♡ 33          �ᴧ 1,721          ⬆

**Maestra Melissa** @melissatempel · Mar 28          ···

That's ridiculous. The gay agenda is much too long to fit down anyone's throat!

⟲ 5          ⇄          ♡ 79          ᴧ 1,398          ⬆

**tRump LOST** @mitchdsf · Mar 28          ···

Actually, the gay agenda is extremely short... We want your love and acceptance. I understand the humor.

⟲ 1          ⇄          ♡ 15          ᴧ 403          ⬆

**Maestra Melissa**          ···
@melissatempel

This is more true than what I said.

1:14 AM · Mar 29, 2023 · **355** Views



**Maestra Melissa** @melissatempel · Mar 28

This is my student's mom! So proud to have parents like her willing to speak out for the kids with me.



cnn.com

Video: Mother reacts to school banning Miley Cyrus, Dolly Parton's '...

Parents and students at Heyer Elementary School in Waukesha, Wisconsin, say they are confused after school officials banned Miley...



9          29          3,496



**Cristian** 🌎 @paulcristiannn · Mar 28

Stream Rainbowland to make an homophobe cry even harder

> **CNN** ✓ @CNN · Mar 28
>
> Students were set to perform "Rainbowland," a duet by Miley Cyrus and Dolly Parton, with lyrics that advocate for inclusion. Then the Wisconsin school district asked for the song to be removed from the concert. cnn.it/3zcwX3i

💬 1          ⟲          ♡ 4          ▥ 467          ⬆

**Maestra Melissa** @melissatempel · Mar 29

Replying to @paulcristiannn

Yasssss I collect jars of their tears.

💬 1          ⟲          ♡ 2          ▥ 140          ⬆



**Maestra Melissa** @melissatempel · Mar 29     •••

I wish every educator & school administrator in Waukesha felt they had the freedom to speak out about the way banning rainbows, pronouns, & signs impacts them and their students.



washingtonpost.com
Wis. school blocks 1st-graders from singing 'Rainbowland' in spring …
The School District of Waukesha said the song was deemed controversial in accordance with district policy. Parents and teacher…

💬 5     🔁 15     ♡ 44     📊 2,151     📤

 **Maestra Melissa** @melissatempel · Mar 29 · · ·
This continues until WE make it stop. Parent and student voices matter.
School board elections matter!! @BlueSkyWaukesha @frsimmons
@CivilRights @DollyParton

>  **Sarah Harrison for Wisconsin** @sarahharrisonwi · Mar 29
> Important piece on @waukeshaschools from @frsimmons. LGBTQ+
> students spoke out, & the board stated that: "...kids weren't reporting
> the incidents. If only they would do so, they said, this problem would
> be resolved. But here we see this narrative is false."
> #waukehsaforrainbows twitter.com/frsimmons/stat...

💬 1        🔁 2        ♡ 15        ꜜ 982        ⤴



**Maestra Melissa** @melissatempel · Mar 29

Thank you, @NikkiMedoro asking me such great questions today and allowing me to take up so much of your show. I like talking 😁

> 🔘 **Nikki Medoro** @NikkiMedoro · Mar 29
>
> GREAT discussion with Wisconsin teacher @melissatempel about her 1st graders being told they cannot sing the song #Rainbowland. Make sure you subscribe to the show to continue the conversation! youtu.be/cJ26In9VH_8

💬 2          🔁 1          ♡ 5          ‖ 927          ↥



**Maestra Melissa** @melissatempel · Mar 29

I've been so lucky to get to express my feelings alongside the superstar parents of Waukesha. Thank you, @AlyssaLukpat!



wsj.com
Wisconsin First Grade Class Banned From Singing Miley Cyrus, Dolly …
School administrators said the song "could be deemed controversial."

💬 1          🔁 2          ♡ 19          📊 722          ⬆



**Maestra Melissa** @melissatempel · Mar 29

@MileyCyrus I see you looking at Waukesha, grrrrl!!!! Hope the parents and I are making you proud.



3/30/2023 at about 12:30 AM



**Maestra Melissa** @melissatempel · Mar 30

Omg! @MileyCyrus tweeted this today! 🏳️‍🌈🏳️‍🌈❤️

> 😀 **Happy Hippie Foundation** @happyhippiefdn · Mar 29
>
> To the inspiring first grade students at Heyer Elementary, keep being YOU. We believe in our Happy Hippie heart that you'll be the ones to brush the judgment and fear aside and make all of us more understanding and accepting 🌈
>
> Show this thread

💬        🔁 1        ♡ 12        📊 677        ⬆️

&#x2228; 444     &#x21B3; 1,007     &#x2228; 1,903     |¦| 221.1K     &#x21B1;

**Jim** @jfroh · Mar 22                                              ⋯
WTF? Seems like a beautiful, loving song to me.  What was the reason for
denial?  The rainbow represents LBGTQ+?

&#x25CB; 11        &#x21B3; 6        &#x2661; 102        |¦| 7,344        &#x21B1;

**Maestra Melissa** @melissatempel · Mar 22                          ⋯
Today they banned Rainbow Connection, so it seems the reason is
rainbows.

&#x25CB; 28        &#x21B3; 24        &#x2661; 219        |¦| 10.1K        &#x21B1;

**Ivonne Rovira** @IvonneRovira · Mar 30                             ⋯
I knew it! Since the Bible says God sent us the rainbow, it's obvious that
He's on the side of the LGBTQ+ community. Could we use that as a
counter-argument?

&#x25CB; 2        &#x21B3; 1        &#x2661; 15        |¦| 275        &#x21B1;

**Maestra Melissa**                                                  ⋯
@melissatempel

I will definitely use that one!

7:22 AM · Mar 30, 2023 · **256** Views



**Maestra Melissa** @melissatempel · Mar 30
Say it like it is!!!!

> 🦋 **Leslie Jones** 🦋 ✓ @Lesdoggg · Mar 29
> Yep people are finally getting g fed up but what y'all gonna do about it!! I hope y'all get fed up in time to stop this madness!! It's absolutely out of control now! What is our end game?! #FUCKYOURDISCOMFORT

0:27   295.6K views

💬 1      🔁      ♡ 7      📊 619      ⬆️



**Maestra Melissa** @melissatempel · Mar 30
Replying to @Lesdoggg
@Lesdoggg turn it up!!!!!

💬      🔁      ♡ 3      📊 320      ⬆️





**John Marshall Custom** @LEEDbuilder · Mar 30 ···
Replying to @melissatempel @MileyCyrus and 3 others
It would be lovely if @MileyCyrus and @DollyParton just showed up in Wisconsin and gave a free concert of songs about rainbows and love. They are both great role models and I know the kids look up to them far more than the book banning board.

💬 2    🔁    ♡ 6    📊 179    ⬆

**Maestra Melissa** @melissatempel · Mar 30 ···
Replying to @LEEDbuilder @MileyCyrus and 3 others
It would be beautiful!

💬    🔁    ♡ 6    📊 137    ⬆



**Susan** @Susan59196159 · Mar 30

First graders "excited" to sing this song? They aren't even old enough, to understand what they are singing about! Let them be in Jr High to High School, that would be more appropriate age!

💬 4    ↻    ♡ 7    ▫ 589    ⬆

---



**Maestra Melissa** @melissatempel · Mar 30

Replying to @Susan59196159 @waukeshaschools and 5 others

😂 Have you listened to the song?

💬 5    ↻    ♡ 24    ▫ 576    ⬆

---

✕  **People in this conversation**

**Dolly Parton**    [Follow]
@DollyParton
The Official Twitter of Dolly Parton 🦋 Pre-order my new book, 'Behind The Seams' now! ❤️

**Miley Cyrus** ✓    [Follow]
@MileyCyrus
ENDLESS SUMMER VACATION OUT NOW.

**mileyworld**    [Follow]
@mileyworld
The official @MileyCyrus fan club.

**GSAFE**    [Follow]
@gsafewi
GSAFE envisions school communities where all LGBTQ youth thrive.

**DOJ Civil Rights**    [Follow]
@CivilRights
Official Twitter account for Civil Rights Division at @TheJusticeDept



**Teaching Ideas** @TeachingIdeas · Mar 30
Quick Question 🤔
What is your favourite subject or topic to teach?

💬 3          ⟲          ♡          ılıl  3,498          ⬆

**Maestra Melissa** @melissatempel · Mar 30
Replying to @TeachingIdeas
Civil Rights. Well actually, rainbows.

💬          ⟲          ♡          ılıl  64          ⬆



←  736 Tweets

**Follow**

0:08  33.3K views

💬 114    🔁 197    ♡ 1,603    📊 124.4K    ⬆



**Maestra Melissa** @melissatempel · Mar 30
Replying to @DollyParton @ACMawards and 2 others
Rainbowland!

...



**Maestra Melissa** @melissatempel · Mar 30 · · ·

I appreciate this donation so much, @MileyCyrus. Unfortunately, I don't think my district will allow these inclusive books due to board policy 2240: Controversial issues in the classroom. 😢
billboard.com/music/pop/mile... @waukeshaschools @BarackObama @DollyParton



billboard.com
Miley Cyrus Foundation Reacts to Wisconsin 'Rainbowland' School ...
Miley Cyrus' Happy Hippie Foundation donated to an inclusive LGBTQ book program after her Dolly Parton duet 'Rainbowland' was banned...



**Maestra Melissa** @melissatempel · Mar 31

"Whatever they believe in, I think that all students need to feel accepted and welcome in school. And right now, there is one specific group that's not being welcomed or accepted. And so that's why I'm speaking out on behalf of them."@HannahHopeKirby @waukeshaschools @MileyCyrus

> 🦋 **Hannah Hope Kirby** ✓ @HannahHopeKirby · Mar 30
> The nonprofit @happyhippiefdn, founded by @MileyCyrus, responds to Waukesha school axing 'Rainbowland' from first-grade concert jsonline.com/story/entertai... via @journalsentinel

💬　　🔁 1　　♡ 11　　📊 769　　⬆️

**Maestra Melissa** @melissatempel · Mar 31

Replying to @HannahHopeKirby @happyhippiefdn and 2 others

Thank you for capturing my feelings so well. I appreciate your continued coverage so much!

💬　　🔁　　♡ 5　　📊 143　　⬆️

March 31 at 4 PM (later deleted)





**Maestra Melissa** @melissatempel · Mar 31 ···

The journalists I have spoken to this week are so committed to doing justice to this story. Thank you, @DCampoamor!!!
today.com/parents/parent... @MileyCyrus @DollyParton



today.com
First graders banned from performing 'controversial' Miley Cyrus-Do...
"I'm just so angry," Wisconsin first grade teacher Melissa Tempel says. "This has gone way too far."

💬          ↻ 6          ♡ 20          ᯤ 1,465          ⬆



**Maestra Melissa** @melissatempel · Mar 31   ...

The families from my district have been showing up for me tonight and I am overwhelmed with gratitude. 😭 ❤️ 🌈 Their messages are all I need to keep on keepin' on. @waukeshaschools #rainbowland photo credit @frsimmons



This Tweet was deleted by the Tweet author. Learn more

 **LordNightVillain** @LordNightDom · Mar 31
They are so predictably prejudice.

💬 1          🔁          ♡          📊 138          ⬆️

 **MyEvilTwinSpeaks** @MyEvilTwinSpeak · Mar 31
As I said earlier,  they think Noah's rainbow was 50 shades of gray
Hope that joke puts a smile on your face again

💬 1          🔁          ♡ 2          📊 85          ⬆️

 **Maestra Melissa**
@melissatempel

It did, thank you! 

11:39 PM · Mar 31, 2023 · **154** Views

---

 **Maestra Melissa** @melissatempel · Mar 31          ⋯
Replying to @MyEvilTwinSpeak @LordNightDom and 11 others
It did, thank you! ❤️

💬          🔁          ♡ 2          📊 154          ⬆️



This Tweet was deleted by the Tweet author. Learn more

**Walworth Dems** @WalworthCoDems · Mar 31
Are you a union member?

💬 1   🔁   ♡ 3   ᶦˡᶦ 144   ↥

**Maestra Melissa**
@melissatempel

Of course I am. I'm low key a little insulted you asked me that but I know it was out of concern. ❤️

11:38 PM · Mar 31, 2023 · **166** Views



**Maestra Melissa** @melissatempel · Mar 31
Replying to @WalworthCoDems @MileyCyrus and 10 others
Of course I am. I'm low key a little insulted you asked me that but I know it was out of concern. ❤️

💬   🔁   ♡ 1   ᶦˡᶦ 166   ↥



← **Tweet**

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

**Maestra Melissa** @melissatempel · Mar 31
Replying to @PharcydeJana @MileyCyrus and 10 others
Thank you! I feel the love.

1    150



**Maestra Melissa** @melissatempel · Apr 1   ···

"If my students see this, I really hope that they see that even if you're just a teacher, you can speak out and your voice can be heard."@ellienw_news @waukeshaschools @MileyCyrus @DollyParton @OrenYoel

> **Melissa Tempel**
> Dual-Language Teacher, Heyer Elementary
>
> cbs58.com
> 'Let the kids sing': Miley Cyrus producer, foundation reacts to "Rainb...
> WAUKESHA, Wis. (CBS 58) -- After being thrust into both local and national spotlights following a decision to ban first-graders from ...

💬 2      🔁 7      ♡ 43      ᵢₗᵢ 2,045      ⬆

Live Interviews/coverage:

[Wisconsin teacher speaks out about song about acceptance being banned!](#)
7:53 "I don't want to I...I mean I am probably going to be in trouble already."
8:49 "I definitely don't want to be fired.  I want to leave on my own accord."
11:21 "As an educator…"
11:22 "I am at the point now where if I lose my job or if I am disciplined, the benefit of being able to speak on these issues is far greater than the loss of that position."
13:11 "I have done a lot of interviews in the past two days."
13:18 "Not just because I am a teacher"

-CNN Parent Interview
[https://www.cnn.com/videos/us/2023/03/29/rainbowland-ban-miley-cyrus-dolly-parton-wisconsin-affil-dnt-contd-vpx.wdjt](https://www.cnn.com/videos/us/2023/03/29/rainbowland-ban-miley-cyrus-dolly-parton-wisconsin-affil-dnt-contd-vpx.wdjt)
-The Damage Report
[https://www.youtube.com/watch?v=0-zPrJkwmqU](https://www.youtube.com/watch?v=0-zPrJkwmqU)
-The Late Show with Stephen Colbert
[https://www.youtube.com/watch?v=UybTM3WJovs](https://www.youtube.com/watch?v=UybTM3WJovs)
Live TV Interview with CBS58
[https://www.cbs58.com/news/let-the-kids-sing-miley-cyrus-producer-foundation-react-to-rainbowland-ban-at-waukesha-elementary-school](https://www.cbs58.com/news/let-the-kids-sing-miley-cyrus-producer-foundation-react-to-rainbowland-ban-at-waukesha-elementary-school)
"really anything that happens to me will be worth it because I was able to bring awareness to a topic that was really being silenced."
TMJ4 Live Interview
[https://www.youtube.com/watch?v=Krz5iIU1x_0](https://www.youtube.com/watch?v=Krz5iIU1x_0)

Articles:
-CNN
[https://www.cnn.com/2023/03/28/entertainment/rainbowland-ban-miley-cyrus-dolly-parton-wisconsin-cec/index.html?utm_content=2023-03-28T21%3A30%3A01&utm_medium=social&utm_term=link&utm_source=twCNN](https://www.cnn.com/2023/03/28/entertainment/rainbowland-ban-miley-cyrus-dolly-parton-wisconsin-cec/index.html?utm_content=2023-03-28T21%3A30%3A01&utm_medium=social&utm_term=link&utm_source=twCNN)
-Advocate
[https://www.advocate.com/schools/miley-cyrus-dolly-parton-rainbowland](https://www.advocate.com/schools/miley-cyrus-dolly-parton-rainbowland)
-Billboard donation
[https://www.billboard.com/music/pop/miley-cyrus-happy-hippie-donation-lgbtq-book-program-rainbowland-wisconsin-school-ban-1235295336/](https://www.billboard.com/music/pop/miley-cyrus-happy-hippie-donation-lgbtq-book-program-rainbowland-wisconsin-school-ban-1235295336/)
-Billboard
[https://www.billboard.com/culture/pride/miley-cyrus-dolly-parton-rainbowland-banned-wiconsin-grade-school-concert-1235292966/](https://www.billboard.com/culture/pride/miley-cyrus-dolly-parton-rainbowland-banned-wiconsin-grade-school-concert-1235292966/)
-YAHOO
[https://www.yahoo.com/entertainment/miley-cyrus-foundation-reacts-wisconsin-125837913.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS88&guce_referrer_sig=AQAAAGZnsZB_-6FrT7nV_vmAmSH5LRxoLsUX4zO0E2INZvJeoWaR3N9KSa5lvS9whGArP6jYAUazC2lTgvHLp](https://www.yahoo.com/entertainment/miley-cyrus-foundation-reacts-wisconsin-125837913.html)

x14WigBu4mnpkG6D-Y4wPNKXHZ6RpEVUCtDsG7-MfBH_G6ZQ6gypPebZ6QKIGqvYO-GClSUSuYFftPhn_XCDsKfJ25V

-Yahoo news

https://ca.news.yahoo.com/miley-cyrus-dolly-parton-song-012328289.html

-USA TODAY

https://www.usatoday.com/story/entertainment/music/2023/03/27/miley-cyrus-dolly-parton-rainbowland-banned-first-grade-school-concert/11548483002/

-NBC NEWS

https://www.nbcnews.com/news/us-news/wisconsin-school-district-bans-first-grade-class-singing-controversial-rcna77145

-Entertainment Weekly

https://ew.com/music/miley-cyrus-dolly-parton-song-rainbowland-banned-wisconsin-school/

-Newsweek

https://www.newsweek.com/miley-cyrus-dolly-parton-rainbowland-wisconsin-school-ban-1791051

-Wall Street Journal

https://www.wsj.com/articles/wisconsin-first-grade-class-banned-from-singing-miley-cyrus-dolly-partons-rainbowland-d552f8e6

-ABC7Chicago

https://abc7chicago.com/miley-cyrus-dolly-parton-rainbowland-song-and-rainbow/13034164/

-Inquirer

https://www.inquirer.com/entertainment/music/dolly-parton-miley-cyrus-song-banned-wisconsin-school-20230329.html

-LA Times

https://www.latimes.com/entertainment-arts/story/2023-03-24/dolly-parton-and-miley-cyrus-rainbowland-banned

-NPR

https://www.npr.org/2023/03/29/1166718124/wisconsin-school-bans-miley-cyrus-dolly-parton-duet-from-class-concert

-People

https://people.com/music/miley-cyrus-dolly-parton-rainbowland-banned-wisconsin-elementary-school-concert/

-Taste of Country

https://tasteofcountry.com/miley-cyrus-dolly-partons-rainbowland-banned-school-spring-concert/

-FirstPost

https://www.firstpost.com/entertainment/explained-why-miley-cyrus-and-dolly-partons-rainbowland-banned-from-wisconsin-first-grade-concert-12361952.html

-Movin925

https://www.movin925.com/miley-cyrus-foundation-responds-to-rainbowland-ban-with-donation-to-lgbtq-book-program/

-WPR

https://www.wpr.org/waukesha-banned-song-rainbowland-dolly-parton-miley-cyrus-first-grade-concert

-Exclaim

https://exclaim.ca/music/article/dolly_parton_and_miley_cyruss_rainbowland_banned_from_wisconsin_school_concert

-Rolling Stone

https://www.rollingstone.com/music/music-news/miley-cyrus-foundation-reacts-rainbowland-ban-wisconsin-school-1234706174/

-The Sun

https://www.the-sun.com/entertainment/7734322/rainbowland-lyrics-mean-why-miley-cyrus-banned/

-Today

https://www.today.com/parents/parents/students-banned-performing-miley-cyrus-dolly-parton-song-rcna77392

-The Mary Sue https://www.themarysue.com/rainbowland-lyrics-dolly-parton-miley-cyrus-rainbowland-controversy-explained/

-Madison Cartoon

https://madison.com/opinion/cartoon/hands-on-wisconsin-rainbows-are-too-woke-for-waukesha-schools/article_aa366128-d003-11ed-9f71-bfdc84ac1b06.html

-The Insider

https://www.insider.com/waukesha-rainbowland-teacher-protesting-policies-anti-lgbt-2023-3

-Washington Post

https://www.washingtonpost.com/nation/2023/03/29/waukesha-rainbowland-miley-cyrus-dolly-parton-wisconsin/

-GMToday (Freeman)

https://www.gmtoday.com/the_freeman/news/heyer-elementary-removes-rainbowland-from-concert/article_0cdfa3b6-e1ae-54ef-80e3-7c822df5eef1.html

-TMJ4-published April 5

https://www.tmj4.com/news/local-news/teacher-speaks-out-after-rainbowland-is-deemed-too-controversial-for-first-grade-concert