# United States District Court
EASTERN DISTRICT OF WISCONSIN

**MELISSA TEMPEL,**
        Plaintiff,

    v.

**SCHOOL DISTRICT OF WAUKESHA and
JAMES SEBERT,**
        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-1169

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came on for consideration and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

      **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

      **IT IS FINALLY ORDERED** that judgment is entered in favor of Defendants and against Plaintiff. This case is **DISMISSED**.

Approved: *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Dated: September 29, 2025

LINDA M. KLEMM
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk