UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MELISSA TEMPEL,**

    Plaintiff,

v.                                                        Case No. 23-CV-1169

**SCHOOL DISTRICT OF WAUKESHA, et al.,**

    Defendants.

## NOTICE OF APPEAL

NOTICE IS HEREBY given that Plaintiff in the above-named case, Melissa Tempel, appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on September 29, 2025 (ECF No. 106). The issues on which Plaintiff appeals include but are not limited to those raised by the District Court's September 29, 2025, Decision and Order on Plaintiff's and Defendants' Cross Motions for Summary Judgment.

    Dated: October 28, 2025

                                              s/ Summer H. Murshid
                                              Summer H. Murshid, State Bar No. 1075404
                                              Martha Burke, State Bar No 1121510
                                              Connor J. Clegg, State Bar No. 1118534
                                              Christine A. Donahoe, State Bar No. 1092282

                                              Attorneys for Plaintiff
                                              Hawks Quindel, S.C.
                                              5150 North Port Washington Road, Suite 243
                                              Milwaukee, WI 53217
                                              Telephone: (414) 271-8650
                                              Fax: (414) 207-6079

E-mail: smurshid@hq-law.com
mburke@hq-law.com
cclegg@hq-law.com
cdonahoe@hq-law.com