UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MELISSA TEMPEL,**

    Plaintiff,

v.                                                   Case No. 23-CV-1169

**SCHOOL DISTRICT OF WAUKESHA, et al.,**

    Defendants.

## SEVENTH CIRCUIT RULE 3(C) DOCKETING STATEMENT

Plaintiff submits the following docketing statement in conjunction with her Notice of Appeal, pursuant to Seventh Circuit Rule 3(c)(1):

    **1.**     **Jurisdiction of the District Court:** Plaintiff filed this case on September 5, 2023. ECF No. 1. The case was randomly assigned to Magistrate Judge Nancy Joseph. All parties consented to proceed before Magistrate Judge Joseph. Plaintiff consented on October 6, 2023 and Defendants likewise consented on November 9, 2023. ECF No. 3; ECF No. 11.

The District Court had federal question jurisdiction, pursuant to 28 U.S.C. §1331, over Plaintiff's First Amendment Claim.

    **2.**     **Jurisdiction of the Court of Appeals:** On September 29, 2025, the District Court issued a Decision and Order on Plaintiff's and Defendants' Cross Motions for Summary Judgment. ECF No. 106. On October 28, 2025, Plaintiff filed a

timely Notice of Appeal from that Order. The Seventh Circuit Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

    **3.** **Prior Related Appeals**: There have been no prior or related appellate proceedings in this case.

    **4.** **Official Capacity Defendants**: Defendant James Sebert is sued in both his individual and official capacities. Defendant Sebert continues to occupy the position of Superintendent as of October 28, 2025.

Dated: October 28, 2025

/s/ Summer H. Murshid
Summer H. Murshid, State Bar No. 1075404
Martha Burke, State Bar No 1121510
Connor J. Clegg, State Bar No. 1118534
Christine A. Donahoe, State Bar No. 1092282

Attorneys for Plaintiff
Hawks Quindel, S.C.
5150 North Port Washington Road, Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
E-mail: smurshid@hq-law.com
mburke@hq-law.com
cclegg@hq-law.com
cdonahoe@hq-law.com